Lynda T. Bui – Bar No. 201002
Melissa Davis Lowe - Bar No. 245521
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000
Email:       LBui@shulmanbastian.com
             MLowe@shulmanbastian.com

Attorneys for Charles W. Daff,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**TERRY LANCE MOROCCO**<br>**aka Terry L Morocco**<br>**aka Terry Morocco,**<br><br>Debtor.<br><br>**CHARLES W. DAFF, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Terry Lance Morocco,**<br><br>Plaintiff,<br><br>vs.<br><br>**THOMAS MICHAEL STEELE, an individual, both individually and in his capacity as the trustee of the Steele Family Trust dated January 10, 2006; VALENTINA M. STEELE, an individual, both individually and in her capacity as the trustee of the Steele Family Trust dated January 10, 2006; and the ESTATE OF THOMAS F. STEELE, an individual,**<br><br>Defendants. | Case No. 6:22-bk-12506-RB<br><br>Chapter 7<br><br>Adv No.<br><br>**CHAPTER 7 TRUSTEE'S COMPLAINT TO:**<br><br>**(1) AVOID AND RECOVER INTENTIONAL FRAUDULENT TRANSFER;**<br><br>**(2) AVOID AND RECOVER CONSTRUCTIVE FRAUDULENT TRANSFER;**<br><br>**(3) DISALLOW CLAIMS; AND**<br><br>**(4) UNJUST ENRICHMENT**<br><br>**Status Conference**<br>Date:<br>Time:<br>Place: Ctrm. 303<br>       United States Bankruptcy Court<br>       3420 Twelfth Street<br>       Riverside, California 92501 |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6580-000/11/Complaint.docx

1

Charles W. Daff, the duly appointed, qualified and acting Chapter 7 Trustee ("Plaintiff") of the bankruptcy estate ("Estate") of Terry Morocco ("Debtor") in the above-captioned bankruptcy case, alleges as follows:

## I.     STATEMENT OF JURISDICTION AND VENUE

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334. Regardless of whether this proceeding is core, non-core, or otherwise, Plaintiff consents to the entry of a final order and judgment by the Bankruptcy Court.

2. This adversary proceeding arises out of and is related to Debtor's bankruptcy case, which was commenced through the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code by Debtor on June 30, 2022 ("Petition Date") in the United States Bankruptcy Court, Central District of California, Riverside Division.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1409, as this adversary proceeding arises under Title 11 or arises under or relates to a case under Title 11 which is pending in this District and does not involve a consumer debt of less than $22,700.

4. This action is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (H).

5. To the extent that the Plaintiff asserts claims under 11 U.S.C. §544, the Plaintiff is informed and believes and based thereon alleges that there exists in this case one or more creditors holding unsecured claims allowable under 11 U.S.C. §502 or are not allowable under 11 U.S.C. §502(e), who can avoid the respective transfers as set forth hereinafter under California or other applicable law.

## II.     PARTIES

6. Plaintiff Charles W. Daff is the duly appointed, qualified, and acting Chapter 7 Trustee for Debtor's Estate.

7. Plaintiff is informed and believes and thereon alleges that Defendant Thomas Michael Steele ("Thomas"), is and was at all times relevant herein, an individual residing in the County of San Diego, State of California. Plaintiff is further informed and believes and thereon alleges that Thomas is the Debtor's brother.

///

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6580-000/11/Complaint.docx

2

8. Plaintiff is informed and believes and thereon alleges that Defendant Valentina M. Steele ("Valentina") is and was at all times relevant herein, an individual residing in the County of San Diego, State of California. Plaintiff is further informed and believes and thereon alleges that Valentina is the wife of Thomas and the sister-in-law of the Debtor.

9. Plaintiff is informed and believes and thereon alleges that Defendant the Estate of Thomas F. Steele (the "Estate of Thomas F. Steele" together with Thomas and Valentina, the "Defendants"), is and was, at all relevant times herein, an individual residing in the County of Sedgwick, State of Kansas, until July 26, 2022 at which time he passed away. Plaintiff is further informed and believes and thereon alleges that Thomas F. Steele was the step-father of the Debtor.

### III. GENERAL ALLEGATIONS

10. On June 30, 2022, Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

11. Charles W. Daff is the duly appointed, qualified and acting Chapter 7 trustee in the Debtor's bankruptcy case.

12. On the Debtor's Statement of Financial Affairs, at item 18, the Debtor listed the transfer of real property located at 48572 Park Avenue, Morongo Valley, California 92256 ("Property") from the Debtor to Thomas F. and Thomas within one (1) year prior to the Petition Date and that the Debtor received no funds for the transfer.

13. Specifically, pursuant to a Grant Deed recorded with the San Bernardino County Recorders' Office on October 7, 2021 as Recording No. 2021-0457609 (the "October 7 Grant Deed"), the Property was transferred from the Debtor to Thomas F. Steele, a married man, and Thomas Michael Steele, a married man, as joint tenants (the "Transfer"). A true and correct copy of the October 7 Grant Deed is attached hereto as **Exhibit 1.**

14. The October 7 Grant Deed stated that there is "No Consideration" and on such basis, asserted the documentary transfer tax is $0.00.

///

///

///

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6580-000/11/Complaint.docx

3

15. The Plaintiff is informed and believes and thereon alleges that Thomas F. Steele passed away on or about July 26, 2022. On September 9, 2022, an Affidavit of Death Certificate was recorded in the San Bernardino County Recorders' Office as Recording No. 2022-0309754. A true and correct copy of the Affidavit of Death is attached hereto as **Exhibit 2.**

16. Then, pursuant to a Grant Deed recorded on September 9, 2022 (the "September 9 Grant Deed") in the San Bernardino County Recorders' Office as Document No. 2022-0309753, Thomas transferred the Property from himself to himself and Valentina, as trustees of the Steele Family Trust dated January 10, 2006. A true and correct copy of the September 9 Grant Deed is attached hereto as **Exhibit 3.**

17. The September 9 Grant Deed states the documentary transfer tax is $0.00.

18. The Plaintiff is informed and believes and thereon alleges that the Property is unencumbered and has no liens against it.

### IV.    FIRST CLAIM FOR RELIEF

### Avoidance and Recovery of Intentional Fraudulent Transfer

**[11 U.S.C. § 544, 548(a)(1)(A), 550, 551; California Civil Code § 3439 et. seq.]**

19. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 18 and incorporates them in this Paragraph by reference.

20. Plaintiff is informed and believes and based thereon alleges that the Transfer was made on or within four (4) years of the Petition Date, but in no event longer than seven (7) years prior to the Petition Date.

21. Plaintiff is informed and believes and based thereon alleges that the Transfer was made either in anticipation of bankruptcy and/or to prevent the Debtor from paying his debts.

22. Plaintiff is informed and believes and based thereon alleges that the Transfer was made for the purpose of preventing a prospective bankruptcy trustee and/or creditors of the debtor from obtaining the value of the Transfer.

23. Plaintiff is informed and believes and based thereon alleges that the Transfer was made with the actual intent to hinder, delay or defraud creditors, including Plaintiff.

///

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6580-000/11/Complaint.docx

4

24. Plaintiff is informed and believes and based thereon alleges that the Transfer was a fraudulent transfer avoidable under Bankruptcy Code Sections 544, 548 and California Civil Code Sections 3439.04, 3439.07, 3439.09.

25. Plaintiff may recover, for the benefit of the Estate, the Transfer, or the value of the Transfer, from Defendants or from whom entity for whose benefit the Transfer was made, or any immediate or mediate transferee of such initial transferee pursuant to 11 U.S.C. §§ 550, 551.

## V. SECOND CLAIM FOR RELIEF

**Avoidance and Recovery of Constructive Fraudulent Transfer [11 U.S.C. § 544, 548(a)(1)(B), 550, 551; Cal. Civ. Code § 3439 et. seq.]**

26. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 18 and incorporates them in this Paragraph by reference.

27. Plaintiff is informed and believes and based thereon alleges that the Transfer was made: (i) for less than reasonably equivalent value to Debtor or any value, in exchange for said Transfer; (ii) while the Debtor was engaged or about to engage in a business or transaction for which the remaining assets were unreasonably small in relation to the business or the transaction; (iii) while the Debtor intended to incur, or believed or reasonably should have believed she would incur, debts beyond her ability to pay them as they became due; and/or (iv) by the time that the Debtor was insolvent and/or was rendered insolvent by virtue of the Transfer.

28. Plaintiff is informed and believes and based thereon alleges that the Transfer was a fraudulent transfer avoidable under Bankruptcy Code Sections 544, 548 and California Civil Code Sections 3439.04, 3439.05, 3439.07, 3439.09.

29. Plaintiff may recover, for the benefit of the Estate, the Transfer, or the value of the Transfer, from Defendants or from whom entity for whose benefit the Transfer was made, or any additional subsequent transferee pursuant to 11 U.S.C. §§550, 551.

///

///

///

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6580-000/11/Complaint.docx

5

## VI. THIRD CLAIM FOR RELIEF

### Disallowance of Claims [11 U.S.C. § 502(d)]

30. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 29 and incorporates them in this Paragraph by reference.

31. Plaintiff is informed and believes and based thereon alleges that the Defendants received an avoidable transfer and Defendants are a party to which such transfer is recoverable pursuant to 11 U.S.C. §§ 550, 551.

32. Defendants have not paid the amount or turned over any such property for which the Defendants are liable pursuant to the Bankruptcy Code.

33. Pursuant to 11 U.S.C. §502(d), to the extent either of the Defendants files a claim, such claim should be disallowed.

## VII. FOURTH CLAIM FOR RELIEF

### Unjust Enrichment [11 U.S.C. § 105]

34. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 29 and incorporates them in this Paragraph by reference.

35. Defendants received a benefit through the Transfer and Defendants' retention of the Transfer and/or the value of the Transfer results in unjust retention of said benefit at the Estate's expense.

**WHEREFORE**, the Plaintiff prays that judgment be entered as follows:

1. For avoidance of the Transfer under 11 U.S.C. §544, 548 and/or Cal. Civ. Code §§ 3439.04. 3439.05, 3439.04, 3439.09;

2. That Plaintiff shall recover from Defendants or any immediate or mediate transferee of Defendants, the Transfer under 11 U.S.C. § 550;

3. That the Transfer is avoided and shall be preserved for the benefit of the Estate pursuant to 11 U.S.C. § 551.

4. That if Defendants fail or refuse to turn over the Transfer and/or the value of the Transfer to Plaintiff, any claim of Defendants shall be disallowed;

5. For an award of attorney's fees along with costs of suit incurred herein; and

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6580-000/11/Complaint.docx

6

6. For such other and further relief as the Court may deem just and proper under the circumstances of this case.

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: December 6, 2022    By:    /s/ Melissa Davis Lowe
        Lynda T. Bui
        Melissa Davis Lowe
        Attorneys for Charles W. Daff,
        Chapter 7 Trustee

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6580-000/11/Complaint.docx

7

# EXHIBIT 1

| | |
|---|---|
| **RECORDING REQUESTED BY**<br>Thomas F. Steele<br>**AND WHEN RECORDED MAIL DOCUMENT TO:**<br>**NAME** Thomas F. Steele<br>**STREET ADDRESS** 9400 E. Wilson Est Prky #1802<br>**CITY, STATE & ZIP CODE** Wichita, KS. 67206 | Recorded in Official Records<br>San Bernardino County<br>Bob Dutton<br>Assessor-Recorder-County Clerk<br>**DOC# 2021-0457609**<br>10/07/2021  Titles: 1  Pages: 2<br>09:07 AM<br>HES       Fees       $27.00<br>          Taxes      $0.00<br>I1103     CA SB2 Fee $0.00<br>          Total      $27.00 |

**SPACE ABOVE FOR RECORDER'S USE ONLY**

## GRANT DEED
**Title of Document**

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

**Reason for Exemption:**

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), **or**

☒ Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, **or**

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____ (date) as document number _____ of Official Records. (Cap. $225.00)

☐ Exempt from fee per GC 27388.1, fee cap of $225.00 reached, and/or

☐ Exempt from fee per GC 27388.1, not related to real property

**Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.**

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

EXHIBIT 1

RECORDING REQUESTED BY

Thomas F. Steele

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE SHOWN BELOW, MAIL TAX STATEMENT TO:

Name: Thomas F. Steele
Street Address: 9400 E. Wilson Estates Parkway #1802
City & State Zip: Wichita, KS. 67206

Title Order No. n/a    Escrow No. n/a

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Grant Deed

THE UNDERSIGNED GRANTOR (S) DECLARE (S)    APN: 0583-051-06

DOCUMENTARY TRANSFER TAX IS $0.00 No Consideration

☑ unincorporated area    City of _____

☐ computed on full value of interest or property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at time of sale, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Terry L. Morocco, a Married Man

hereby GRANT(S) to

Thomas F. Steele, a Married Man AND Thomas Michael Steele, a Married Man, AS JOINT TENANTS.

the following described real property in the **unincorporated area of Morongo Valley**

County of **San Bernardino**, state of California

The East 1/2 of the Northwest 1/4 of the Southwest 1/4 of the Southeast 1/4 of Section 30, Township 1 South, Range 4 East, San Bernardino Base and Meridian, according to the official plat thereof. EXCEPTING all oil, gas, coal and other mineral deposits as reserved to the United States of America by Patent.

Dated 07/16/2021

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Riverside

On August 16, 2021 before me, MM Terry Lance Morocco Myriam Montes (here insert name and title of the officer) (Notary Public), notary public, personally appeared Terry Lance Morocco,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature Myriam Montes

Terry L. Morocco

MYRIAM MONTES
COMM...2358199
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Term Exp. May 23, 2025

(This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

SAME AS ABOVE

Name    Street Address    City, State & Zip

EXHIBIT 1

# EXHIBIT 2

RECORDING REQUESTED BY
**LTIE-ACCOMMODATION**

AND WHEN RECORDED MAIL DOCUMENT TO:

| | |
|---|---|
| NAME | THOMAS M STELLE |
| STREET ADDRESS | 3400 WOODLAND WAY |
| CITY, STATE & ZIP CODE | CARLSBAD CA 92008 |

Electronically
Recorded in Official Records
San Bernardino County

Office of the Assessor-Recorder-Clerk

**DOC# 2022-0309754**

09/09/2022
03:32 PM
SAN
V0956

Titles: 1    Pages: 4

Fees            $33.00
Taxes           $0.00
CA SB2 Fee      $0.00
Total           $33.00

**SPACE ABOVE FOR RECORDER'S USE ONLY**

# AFFIDAVIT DEATH
Title of Document

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

**Reason for Exemption:**

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), or

☒ Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, or

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____(date) as document number _____of Official Records. (Cap. $225.00)

☐ Exempt from fee per GC 27388.1, fee cap of $225.00 reached, and/or

☐ Exempt from fee per GC 27388.1, not related to real property

**Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.**

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
($3.00 Additional Recording Fee Applies)

EXHIBIT 2

RECORDING REQUESTED BY:
LAWYERS TITLE

RECORDING REQUESTED BY:

Parcel No. 0583-051-06

AND WHEN RECORDED MAIL TO:

THOMAS MICHAEL STEELE
3400 WOODLAND WAY
CARLSBAD, CA  92008

ACCOM 992022-DH-SB

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## AFFIDAVIT - DEATH OF JOINT TENANT

STATE OF CALIFORNIA  } ss.
COUNTY OF San Bernardino

Thomas Michael Steele of legal age, being first duly sworn, deposes and says: That **Thomas F. Steele**, the decedent mentioned in the attached certified copy of Certificate of Death, is the same person as **Thomas F. Steele** named as one of the parties in that certain **Grant Deed**, dated **July 16, 2021** executed by **Terry L. Morocco to Thomas F. Steele, a married man and Thomas Michael Steele, a married man as Joint Tenants**, recorded as Instrument No. **2021-0457609** on **October 7, 2021**, Official Records of **San Bernardino** County, California, covering the following described real property in County of **San Bernardino**, State of California.

The East ½ of the Northwest ¼ of the Southwest ¼ of the Southeast ¼ of Section 30, Township 1 South, Range 4 East, San Bernardino Base and Meridian, according to the official plat thereof. Excepting all oil, gas, coal and other Mineral deposits as reserved to the United States of America by Patent.

Date: September 1, 2022

_Thomas Michael Steele_ (signature)
Thomas Michael Steele

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF San Diego  } S.S.

Subscribed and sworn to (or affirmed) before me on this ___1st___ day of __September__, 2022 by Thomas Michael Steele proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

DONNA HELM
Notary Public - California
San Diego County
Commission # 2387963
My Comm. Expires Jan 16, 2026

EXHIBIT 2

# Kansas Department of Health and Environment
## Office of Vital Statistics
# CERTIFICATE OF DEATH

State File Number: 115-2022-17455

**Decedent's Legal Name (First, Middle, Last):** THOMAS F. STEELE

**Last Name Prior to First Marriage:**

**Date of Death:** 07/26/2022
**Age:** 81 YEAR(S)
**Date of Birth:** 09/06/1940
**Sex:** MALE
**Social Security Number:** ███6709

**Residence-Street Address:** 9400 E WILSON ESTATES PARKWAY APT 1802
**City or Town:** WICHITA
**State or Foreign Country:** KANSAS
**Zip Code:** 67206

**Place of Birth:** UNKNOWN, KANSAS
**Armed Forces:** UNKNOWN
**Marital Status:** MARRIED
**Surviving Spouse (Name prior to First Marriage):** ELIZABETH A TIMMONS

**Father/Parent Name Prior to First Marriage:** MELVIN STEELE
**Mother/Parent Name Prior to First Marriage:** DELPHA SCOTT

**Place of Death:** INPATIENT
**Facility Name:** ASCENSION VIA CHRISTI-ST FRANCIS 929 N ST FRANCIS ST

**City or Town of Death:** WICHITA
**County of Death:** SEDGWICK
**Zip Code:** 67214

**Method of Disposition:** CREMATION
**Place of Disposition:** LAKEVIEW CREMATORY
**Location of Disposition:** WICHITA, KANSAS

**Decedent's Occupation:** OPERATOR
**Decedent's Industry:** HEAVY CONSTRUCTION

**Decedent's Education:** HIGH SCHOOL GRADUATE OR GED COMPLETED
**Decedent's Race:** WHITE
**Decedent's Ancestry:**

**Informant's Name:** ELIZABETH STEELE
**Relationship to Decedent:** WIFE
**Informant's Mailing Address:** 9400 E WILSON ESTATES PARKWAY APT 1802 WICHITA, KANSAS 67206

**Name and Address of Firm:** NEPTUNE SOCIETY 8438 WARD PARKWAY KANSAS CITY, MISSOURI 64114

**Cause of Death:**
PNEUMONIA
HEART FAILURE
CHRONIC OBSTRUCTIVE PULMONARY DISEASE

**Approximate Interval: Onset to Death**

**Other Significant Conditions:**
ACUTE ON CHRONIC HYPOXEMIC HYPERCAPNIA RESPIRATORY FAILURE, RECURRENT BILATERAL PLEURAL EFFUSIONS, ACUTE KIDNEY INJURY.

**Autopsy:** NO
**Tobacco Contribute to Death?:** YES
**If Female:**

**Date of Injury:**
**Time of Injury:**
**Injury at Work:**
**Manner of Death:** NATURAL

**Place of Injury:**
**Location of Injury:**

**How Injury Occurred:**
**Actual or Presumed Time of Death:** 11:58 AM

**Medical Certifier:** SUNDAS ABBAS - MD
**Date Certified:** 07/29/2022
**Date Filed By State Registrar:** 07/29/2022

08/01/2022 F014749693601 STEELE 202204017455 7 REG M DR

EXHIBIT 2

STATE SEAL COLOR WILL FADE WHEN RUBBED

2022 Aug 01 AM 11:01



N3124100

Kay Haug,
State Registrar
Office of Vital Statistics
Department of Health & Environment

DOC #2022-0309754 Page 4 of 4

It is in violation of KSA 65-2422d(g) to prepare or issue any certificate which purports to be an original, certified copy or abstract or copy of a certificate, except as authorized in the Uniform Vital Statistics Act or rules and regulations adopted under this act.

CERTIFIED COPIES WILL BE PRODUCED ON WATERMARKED MULTI-COLOR SECURITY PAPER.

EXHIBIT 2

# EXHIBIT 3

| | |
|---|---|
| **RECORDING REQUESTED BY** | Electronically Recorded in Official Records San Bernardino County |
| **LTIE-ACCOMMODATION** | |
| AND WHEN RECORDED MAIL DOCUMENT TO: | Office of the Assessor-Recorder-Clerk |
| NAME: THOMAS M STELLE | **DOC# 2022-0309753** |
| STREET ADDRESS: 3400 WOODLAND WAY | 09/09/2022  03:32 PM    Titles: 1    Pages: 2 |
| CITY, STATE & ZIP CODE: CARLSBAD CA 92008 | SAN    Fees    $17.00 |
| | Taxes    $0.00 |
| | V0956    CA SB2 Fee    $0.00 |
| | Total    $17.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

# GRANT DEED

**Title of Document**

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

**Reason for Exemption:**

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), or

☒ Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, or

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____(date) as document number _____ of Official Records. (Cap. $225.00)

☐ Exempt from fee per GC 27388.1, fee cap of $225.00 reached, and/or

☐ Exempt from fee per GC 27388.1, not related to real property

Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

EXHIBIT 3

RECORDING REQUESTED BY:
LAWYERS TITLE

RECORDING REQUESTED BY:

Parcel No. 0583-051-06
MAIL TAX STATEMENTS TO
AND WHEN RECORDED MAIL TO:

THOMAS M. STEELE
VALENTINA M. STEELE
3400 WOODLAND WAY
CARLSBAD, CA 92008

ACCOM 992022-D4-SD

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $ $0.00
☐ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☒ unincorporated area:    ☐ and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Thomas Michael Steele, a married man**

hereby GRANT(S) to   Thomas M. Steele and Valentina M. Steele, Trustees of the Steele Family Trust dated January 10, 2006

the following described real property in the County of San Bernardino, State of California:
The East ½ of the Northwest ¼ of the Southwest ¼ of the Southeast ¼ of Section 30, Township 1 South, Range 4 East, San Bernardino Base and Meridian, according to the official plat thereof. Excepting all oil, gas, coal and other Mineral deposits as reserved to the United States of America by Patent.

Date   August 31, 2022

*/s/ Thomas Michael Steele/*
Thomas Michael Steele

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF San Diego   } S.S.
On September 1, 2022, before me, Donna Helm, Notary Public
personally appeared Thomas Michael Steele who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____  (Seal)

DONNA HELM
Notary Public - California
San Diego County
Commission # 2387963
My Comm. Expires Jan 16, 2026

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

THIS INSTRUMENT IS RECORDED AT
THE REQUEST OF LAWYERS TITLE
COMPANY AS AN ACCOMMODATION
ONLY. IT HAS NOT BEEN EXAMINED
AS TO ITS EXECUTION OR AS TO ITS
EFFECTS UPON TITLE.

"This conveyance transfers an interest into or out of a Living Trust, R & T 11930."

EXHIBIT 3

**B1040 (FORM 1040) (12/15)**

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>CHARLES W. DAFF, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Terry Lance Morocco | **DEFENDANTS**<br>THOMAS MICHAEL STEELE, an individual, both individually and in his capacity as the trustee of the Steele Family Trust dated January 10, 2006; VALENTINA M. STEELE, an individual, both individually and in her capacity as the trustee of the Steele Family Trust dated January 10, 2006; and ESTATE OF THOMAS F. STEELE, an individual |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Lynda T. Bui - Bar No. 201002<br>Melissa Davis Lowe - Bar No. 245521<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor     ☐ U.S. Trustee<br>☐ Creditor   ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor     ☐ U.S. Trustee<br>☐ Creditor   ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO: (1) AVOID AND RECOVER INTENTIONAL FRAUDULENT TRANSFER; (2) AVOID AND RECOVER CONSTRUCTIVE FRAUDULENT TRANSFER; (3) DISALLOW CLAIMS; AND (4) UNJUST ENRICHMENT

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ [1] 13-Recovery of money/property - §548 fraudulent transfer
☒ [2] 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23
☐ Check if a jury trial is demanded in complaint | Demand $

Other Relief Sought

Unjust enrichment

**B1040 (FORM 1040) (12/15)**

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** |||||
|---|---|---|---|---|
| NAME OF DEBTOR<br>TERRY LANCE MOROCCO aka Terry L Morocco aka Terry Morocco | | BANKRUPTCY CASE NO.<br>6:22-bk-12506-RB |||
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT | | DIVISION OFFICE<br>RIVERSIDE DIVISION || NAME OF JUDGE<br>HON. MAGDALENA REYES BORDEAU |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** |||||
| PLAINTIFF | DEFENDANT ||| ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Melissa Davis Lowe |||||
| DATE<br><br>December 6, 2022 |||| PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Melissa Davis Lowe |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form B1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.